UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS J. SMITH,<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INFORMATION**<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(2)<br>21 U.S.C § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(B)(iii)<br>21 U.S.C. § 841(b)(1)(C)<br><br>**FORFEITURE ALLEGATION** |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**
**(Felon in Possession of a Firearm)**

1. On or about March 22, 2022, in the Southern District of Ohio, Defendant **DOUGLAS J. SMITH**, knowing that he had been convicted of a crime or crimes punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms, to wit, one SCCY CPX-2, 9mm caliber pistol, bearing serial number 941755, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).**

## COUNT TWO
### (Possession with Intent to Distribute Controlled Substances)

2.     On or about March 22, 2022, in the Southern District of Ohio, Defendant **DOUGLAS J. SMITH** did knowingly, intentionally, and unlawfully possess with intent to distribute:

a. more than 28 grams but less than 279 grams of a mixture or substance containing a detectable amount of crack cocaine, a Schedule II controlled substance; and

b. less than 500 grams of a mixture or substance containing a detectable amount of powder cocaine, a Schedule II Controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1), 841 (b)(1)(B)(iii), and 841(b)(1)(C).**

## FORFEITURE ALLEGATION A

3.     The allegations of this Information are re-alleged and incorporated here by reference for the purpose of alleging forfeitures to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

4.     Upon conviction of an offense in violation of 18 U.S.C. § 922 as alleged in Count One of this Information, Defendant **DOUGLAS J. SMITH** shall forfeit to the United States his interest in any firearm and ammunition involved in or used in such offense, including, but not limited to, the following property seized on or about March 22, 2022:

- One SCCY CPX-2, 9mm caliber pistol, bearing serial number 941755; and
- All associated ammunition.

**Forfeiture pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

## FORFEITURE ALLEGATION B

5. The allegations of this Information are re-alleged and incorporated here by reference for the purpose of alleging forfeitures to the United States, pursuant to 21 U.S.C. §§ 853(a)(1) and (2).

6. Upon conviction of an offense in violation of 21 U.S.C. § 841 as alleged in Count 2 of this Information, Defendant **DOUGLAS J. SMITH** shall forfeit to the United States, in accordance with 21 U.S.C. §§ 853(a)(1) and (2), all right, title and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violation, including, but not limited to, approximately $9,784.00 in United States currency seized on or about March 22, 2022.

a.

**Forfeiture pursuant to 21 U.S.C. §§ 853(a)(1) and (2) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

KENNETH L. PARKER
United States Attorney

_____
ELIZABETH A. GERAGHTY (0072275)
Assistant United States Attorney

3